## STATE v. ABRAM EMORY.[1]

[Court of Quarter Sessions.] Kent. December 1, 1796.

*Rodney's Notes.\**

*Bayard* [for the State]. *Miller* [for defendant].

Joshua Beauchamp. On a Sunday I saw Abram at Maxwell's, talked to him and rode off. He called to me and asked me who told me he had threatened him. He gave me the lie and drew his fist. I jumped down and we closed. This was the last of September.

Bedwell Maxwell surrenders up Abram, and John Anderson recognizes for him.

Maxwell, sworn on the *voir dire,* says he expected to have the fine and fees to pay in first instance but should look to Abram for repayment.

*Bayard* objects to Maxwell's examination on the ground that he is interested.

---

[1] In the account of this case in *Bayard,* the name is spelled "Emery."

\* This case is also reported in *Bayard's Notebook, 166.*

*Miller.* He is not interested, and if he was, it appears in testimony no other person was present but black people.

The Court do not consider him as an incompetent witness: first, from the necessity of the case; second, his interest being remote or very small.

Maxwell. On Monday morning after this happened, Beauchamp rode up and said the evening before he took his negro man to see Abram. He was going to leave him, and Abram called after him. They disputed and Abram called him a liar. He then said that he struck him, Abram, with his whip and got off his horse and dragged him towards some brush etc.

William Berry, Esq. On Sunday evening Beauchamp complained on oath that he was afraid Abram would burn his house or do .him some other injury. I issued a warrant or warrants against [Abram].

Verdict: guilty of an assault only, not guilty of the battery. Fined £5.